MARY R. HARVEY, Appellant, *v.* JOHN W. KENNEDY, as Trustee under and as Executor of the Will of LOCKIE L. G. ROBINSON, Deceased, et al., Respondents.

*Harvey* v. *Kennedy*, 81 App. Div. 261, affirmed.
(Argued November 12, 1903; decided January 12, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 13, 1903, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

*W. J. Welsh* and *F. W. Welsh* for appellant.

*Jerome De Witt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J., O'BRIEN and BARTLETT, JJ.